# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**KATHLEEN MORK,**

           **Plaintiff,**

**vs.**                                              **Case No.: 14-cv-333**

**CAROLYN COLVIN,**
     **Commissioner of Social Security,**

           **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Kathleen Mork, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated May 18, 2015 and the judgment dated May 18, 2015 by Federal District Judge James Peterson which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 25th day of June, 2015.

                                                    **DUNCAN DISABILITY LAW, S.C.**
                                                    Attorneys for the Plaintiff

                                                    /s/ Dana W. Duncan
                                                    _____
                                                    Dana W. Duncan
                                                    State Bar I.D. No. 01008917
                                                    3930 8th Street South, Suite 201
                                                    Wisconsin Rapids, WI 54494
                                                    (715) 423-4000